UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:17-cr-00287-1 |
| | : | |
| ROBERTO RODRIGUEZ-JIMENEZ | : | |

## O R D E R

**AND NOW**, this 28th day of August, 2024, upon consideration of Rodriguez-Jimenez's

Motion for Sentence Reduction, ECF Nos. 71 & 75,[1] the Government's responses, ECF Nos. 73

& 76, Rodriguez-Jimenez's replies, ECF Nos. 74 & 77, and for the reasons set forth in the

Opinion issued on this date, **IT IS HEREBY ORDERED THAT:** The motion, ECF No. 71 &

75, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]     Although filed as two motions, the Court has consolidated Rodriguez-Jimenez's filings
for review.